UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DUSHAWN BURTON,** | ) | Case No. 1:22 cv 00048 |
| | ) | |
| | ) | **Judge: Honorable Harry D.** |
| **Plaintiff,** | ) | **Leinenweber** |
| | ) | |
| | ) | |
| | ) | **Magistrate: Honorable Jefferey T.** |
| **v.** | ) | **Gilbert** |
| | ) | |
| **SGT JOHNSON #869,** | ) | |
| **P.O. LONDON #18659,** | ) | |
| **P.O. LASTER #8293,** | ) | |
| **P.O. LANIER #16195,** | ) | |
| **LIEUTENANT JOSHUA WALLACE,** | ) | |
| **P.O. SIMS,** | ) | |
| **P.O. MCCRANEY,** | ) | |
| **P.O. LANDINGHAM,** | ) | |
| **Individually, and THE CITY OF** | ) | |
| **CHICAGO, A Municipal Corporation,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

**SECOND AMENDED COMPLAINT**

NOW COMES the Plaintiff, DUSHAWN BURTON**,** by and through his attorneys, The Law Office of C.N. Norris, LLC, and complaining against the Defendants, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, LIEUTENANT WALLACE, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM, Individually, and the CITY OF CHICAGO, a Municipal Corporation, as follows:

**COUNT I – ILLEGAL SEARCH IN VIOLATION OF THE FOURTH AMENDMENT**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the

Civil Rights of the Plaintiff, DUSHAWN BURTON, accomplished by acts and/or omissions of the Defendants, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, LIEUTENANT JOSHUA WALLACE, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM committed under color of law.

2.Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3.The Plaintiff, DUSHAWN BURTON, was at all relevant times a United States Citizen and resident of the State of Illinois.

4.At all relevant times the Defendants, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, LIEUTENANT JOSHUA WALLACE, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM were duly appointed Chicago Police Officers acting within the scope of their employment and under color of law.

5.The CITY OF CHICAGO is a statutory municipal corporation and the employer of the Defendants.

6.On January 5, 2020, Plaintiff, DUSHAWN BURTON, was in the vicinity of 4300 block of South St Lawrence, Chicago, IL.

7. At the time, the Plaintiff was the passenger in a car being driven by a woman.

8. While they were driving, Plaintiff and the female driven were curbed and pulled over by Defendants, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, LIEUTENANT JOSHUA WALLACE, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM.

9. The justification for pulling over the vehicle was because of an illegally placed air freshener in the vehicle.

10. The Defendants then put the Plaintiff in handcuffs, alleging that the Plaintiff engaged in a drug transaction and was in possession of marijuana paraphernalia.

11. The Defendants, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, LIEUTENANT JOSHUA WALLACE, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM then put the Plaintiff in cuffs and took Plaintiff, DUSHAWN BURTON to the police station.

12. While at the police station, Plaintiff DUSHAWN BURTON was approached by Defendants, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, LIEUTENANT JOSHUA WALLACE, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM who indicated that they wished to do a strip search and body cavity search of the Plaintiff and ask him to comply with their searches.

13. Plaintiff refused to comply with their requests.

14. Defendants, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, LIEUTENANT JOSHUA WALLACE, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM then enlisted the help of Defendant LIEUTENANT JOSHUA WALLACE to assist in convincing the Plaintiff to comply with a strip search and body cavity search.

15. Defendant LIEUTENANT JOSHUA WALLACE was unable to convince the Plaintiff to comply with a strip search and body cavity search.

16. Defendant LIEUTENANT JOSHUA WALLACE responded to Plaintiff's refusal by commenting that Defendants, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM were going to strip search and do a body cavity search of Plaintiff regardless of what he wished and left the room.

17. Defendants SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195 P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM then came into the room and conducted a strip search by cutting open the back end of Plaintiff's pants and pulling his pants and underwear completely off his person.

18. Then Defendants SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195 P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM conducted a body cavity search by going into the anus of the Plaintiff and retrieving an object from inside his anus.

19. Defendants lack probable cause for such an invasive strip search and body cavity search.

20. The strip search and body cavity searches went beyond the bounds of any search proper search that could be conducted by Defendants at the police station.

21. The Defendants SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195 and LIEUTENANT JOSHUA WALLACE, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM searches were unlawful and unreasonable.

22. The actions of this search were conducted pursuant to the customs, policies, and practices of the Chicago Police Department.

23. The actions of Defendants LIEUTENANT JOSHUA WALLACE, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM were intentional, willful, and wanton.

24. As a result of the actions of Defendants LIEUTENANT JOSHUA WALLACE, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195,

P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM, the Plaintiff suffered violations of his Fourth and Fourteenth Amendment rights as enforced by 42 U.S.C. §1983.

25. As a direct and proximate consequence of said conduct, the Plaintiff suffered violations of his Constitutional rights, fear, emotional distress, anxiety, embarrassment, pain, and suffering.

**WHEREFORE** the Plaintiff, DUSHAWN BURTON, prays for judgement against Defendants LIEUTENANT JOSHUA WALLACE, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM for reasonable compensatory damages, punitive damages, plus attorney's fees and costs.

## COUNT II –42 U.S.C. § 1983 EXCESSIVE FORCE

1-25. The Plaintiff, DUSHAWN BURTON, hereby re-alleges his allegations of paragraphs 1-25 of Count I as his respective allegations of paragraphs 1-25 of Count II as though fully set forth herein.

26. During their illegal searches of Plaintiff, Defendants LIEUTENANT JOSHUA WALLACE, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM punched Plaintiff DUSHAWN BURTON in the face and forcefully took the Plaintiff to the ground, and held him to the ground.

27. While Plaintiff was being held to the ground, Defendants LIEUTENANT JOSHUA WALLACE, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM unjustifiably fractured the Plaintiff's thumb.

28. After Defendants LIEUTENANT JOSHUA WALLACE, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM illegally finished their two searches, they dragged Plaintiff DUSHAWN BURTON on the ground naked and face down over ten feet to a holding cell, injuring his penis.

29. The force used by Defendants LIEUTENANT JOSHUA WALLACE, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM was unreasonable and excessive in violation of the Plaintiff's Fourth and Fourteenth Amendment to the United States Constitution as protected by 42 U.S.C. §1983.

30. The actions of the Defendants were intentional, willful and wanton.

31. As a result of the Defendants' actions, the Plaintiff was injured.

32. The aforementioned actions were the direct and proximate cause of the Constitutional violations set forth above, and caused Plaintiff, DUSHAWN BURTON, to suffer without limitation, physical injury, pain and suffering, humiliation, and emotional distress.

**WHEREFORE** the Plaintiff, DUSHAWN BURTON, prays for judgement against Defendants LIEUTENANT JOSHUA WALLACE, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM for reasonable compensatory damages, punitive damages, plus attorney's fees and costs.

### COUNT III– INDEMNIFICATION – CITY OF CHICAGO

1-32. The Plaintiff, DUSHAWN BURTON, hereby re-alleges and incorporates his allegations of paragraphs 1-32 of Counts I-II as his respective allegations of paragraphs 1-32 of

\\ 6

Count III though fully set forth herein.

33. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

34. The Defendants LIEUTENANT JOSHUA WALLACE, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM were employees of THE CITY OF CHICAGO, acting within the scope of their employment in committing the misconduct described herein.

**WHEREFORE**, should the Defendants LIEUTENANT JOSHUA WALLACE, SGT JOHNSON #869, P.O. LONDON #18659, P.O. LASTER #8293, P.O. LANIER #16195, P.O. SIMS, P.O. MCCRANEY, P.O. LANDINGHAM be found liable for any of the acts alleged above, Defendant CITY OF CHICAGO would be liable to pay the Plaintiff, DUSHAWN BURTON, any judgment obtained against said officers.

### JURY DEMAND

The Plaintiff, DUSHAWN BURTON, hereby requests a trial by jury.


Respectfully submitted,

/s/ Brian Orozco
One of Plaintiffs' Attorneys
The Law Office of CN Norris, LLC
900 West Jackson Blvd., Suite 6E
Chicago, Illinois, 60607

\           7